UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>MARIA CONSTANTE-ZAMORA,<br>    Defendant. | )<br>)<br>)<br>)  Docket No. 2:23-mj-21<br>)<br>)<br>) |

### MOTION FOR TEMPORARY DETENTION OF MATERIAL WITNESSES

The United States of America, by and through its attorney, Nikolas P. Kerest, United States Attorney for the District of Vermont, hereby moves for the detention of material witness Oscar Sota-Acosta pursuant to 18 U.S.C. § 3144.

In support of this motion, the United States refers to and incorporates herein by reference the affidavit of Agent Brian Wilda, which was filed with the criminal complaint. Oscar Sota-Acosta was the alien who entered the United States from Canada in the early morning hours of February 19, 2023. The Wilda affidavit clearly establishes that Oscar Sota-Acosta is a material witness with respect to federal crimes that may have been committed by Maria Constante-Zamora, a person who has been charged with attempting to transport the alien within the United States. Since the material witness is an illegal alien who is likely to be deported, or who is likely to flee if admitted to bail, it may be impractical to secure his attendance by

subpoena. The United States seeks his detention until his deposition pursuant to Rule 15 of the Federal Rules of Criminal Procedure, or preliminary examination under Rule 5.1 can be taken.

WHEREFORE, the United States requests that the Court issue a material witness detention order for the purpose of taking and signing a deposition or conducting a preliminary examination. The United States further requests that this detention order expire upon the signing of the deposition by the material witness, or the completion of preliminary examination.

Dated at Burlington, in the District of Vermont, this 21st day of February, 2023.

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

By: /s/ C. Wagner for Matt Lasher

MATTHEW J. LASHER
Assistant U.S. Attorney
P.O. Box 570
Burlington VT 05402-0570
(802) 951-6725